UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| IN RE: GRAND JURY SUBPOENA | Case No. 3:17-mj-1858 (RMS)<br><br>January 27, 2020 |

## MOTION TO UNSEAL

The Government respectfully submits the following response to the Court's order dated January 9, 2020. The Government moves the Court to unseal this matter since there is no longer a basis for sealing and thus requests that the instant motion be granted.

Respectfully submitted,

JOHN H. DURHAM
UNITED STATES ATTORNEY

*/signed/*

NEERAJ N. PATEL
ASSISTANT U.S. ATTORNEY
Federal Bar No. phv04499
157 Church Street, 25th Floor
New Haven, CT  06510
Tel.:   (203) 821-3700
Email: neeraj.patel@usdoj.gov